UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GEORGE MARTIN VLAHOS              :
                                  :           PRISONER
     v.                           :  Case No. 3:02CV1557 (CFD)(WIG)
                                  :
CITY OF NEW HAVEN, et al.         :

RULING AND ORDER

On December 12, 2002, all defendants appeared in this action and sought an extension of time, until January 17, 2003, to respond to the complaint. Although two years have passed, defendants have not responded to the complaint.

All defendants are hereby **DEFAULTED** for failure to plead. Any motion to set aside default shall be filed within **twenty-one** (**21**) days of the date of this order. Plaintiff is advised that if a motion for default judgment is not filed within **thirty** (**30**) days of the date of this ruling, the complaint will be dismissed.

**SO ORDERED** this 1st day of February, 2005, at Bridgeport, Connecticut.

                              _____/s/_____
                              WILLIAM I. GARFINKEL
                              UNITED STATES MAGISTRATE JUDGE