UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GEORGE MARTIN VLAHOS, JR.** | : | NO. 3:02CV01557 (CFD) |
|     Plaintiff | | |
| **VS.** | : | |
| **CITY OF NEW HAVEN, ET AL.** | : | FEBRUARY 3, 2005 |
|     Defendant | | |

## APPEARANCE

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel in this case for:

    **all defendants**

February 3, 2005       /s/_____
*Date*                            *Signature*

                             Rodger W. Lehr, Jr._____
                             *Print Name*
                             Deputy Corporation Counsel

                             165 Church Street, 4th Floor
                             New Haven, CT 06510_____
                             *Mailing Address*

                             (203) 946-7964_____
                             *Phone Number*

                             (203) 946-7942_____
                             *Fax Number*

                             rlehr@newhavenct.net_____
                             *Email Address*

                             ct007208_____
                             *Federal Bar Number*

Certificate of Service

    I, Rodger W. Lehr, Jr., hereby certify that I have served the foregoing by causing a copy to be MAILED, POSTAGE PREPAID, CERTIFIED RETURN RECEIPT, to George Vlahos, Pro Se, Osborne Correctional Institution, 100 Bilton Road, PO Box 100, Somers, CT 06071, on February 3, 2005.

/s/_____
Rodger W. Lehr, Jr.