UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GEORGE MARTIN VLAHOS, JR.** | : | |
| Plaintiff | : | NO. 3:02CV01557 (CFD) |
| | | |
| **VS.** | : | |
| | | |
| **CITY OF NEW HAVEN, ET AL.** | : | FEBRUARY 3, 2005 |
| Defendants | | |

## DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT

Defendants move this court to set aside the default entered against them on February 1, 2005 and permit them to respond to the Complaint by filing the proposed Answer and Affirmative Defenses attached hereto.

Good cause, within the meaning of Rule 55(c) of the Federal Rules of Civil Procedure, exists for setting aside the default in this action because, as is more fully shown in the supporting Affidavit of the undersigned: 1) the default was not willful; 2) the defendants have taken prompt action to correct the default; 3) there are meritorious defenses to plaintiff's claims; 4) there will be no prejudice to the plaintiff if the default is set aside; and 5) failure to set aside the default would result in a harsh, unfair and unjust result.

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

        Respectfully submitted,

/s/_____
Rodger W. Lehr, Jr.
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
Phone: (203) 946-7964
Fax: (203) 946-7942
Fed. Bar No. ct007208

**Certificate of Service**

    I, Rodger W. Lehr, Jr. hereby certify that I have served the foregoing by causing a copy to be MAILED, POSTAGE PREPAID, CERTIFIED, RETURN RECEIPT, to George Vlahos, Pro Se, Osborne Correctional Institution, 100 Bilton Road, PO Box 100, Somers, CT 06071 on February 3, 2005.

/s/_____
Rodger W. Lehr, Jr.