UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GEORGE MARTIN VLAHOS, JR.** | : | |
| Plaintiff | : | NO. 3:02CV01557 (CFD) |
| | | |
| **VS.** | : | |
| | | |
| **CITY OF NEW HAVEN, ET AL.** | : | FEBRUARY 3, 2005 |
| Defendants | | |

## AFFIDAVIT OF RODGER W. LEHR, JR. IN SUPPORT OF DEFENDANTS' MOTION TO SET ASIDE DEFAULT

Rodger W. Lehr, Jr., being duly sworn, deposes and states:

1. My name is Rodger W. Lehr, Jr. I began working as Deputy Corporation Counsel for the City of New Haven on January 24, 2005. I have taken over the responsibility for many of former Deputy Corporation Counsel Martin S. Echter's files/cases, including this one.

2. In reviewing Attorney Echter's files/cases and workload (see e.g. Defendants' Motions for Extension of Time in this case dated December 12, 2002), it is clear that he carried an extremely heavy caseload and that his failure to file a timely Answer in this case was not willful, but rather the result of an innocent oversight based on his heavy caseload.

3. The subject default was entered on February 1, 2005. I learned of the same on February 2, 2005 and made filing the subject Motion to Set Aside an immediate priority.

4. Based on my review of the file, I believe the defendants have meritorious defenses to the plaintiff's claims.

5. Given that there has been no discovery conducted in the case to date and the case has not been assigned for trial, I do not believe the plaintiff will suffer any prejudice if the subject default is set aside.

6. Given that the subject default was not willful, that prompt action has been taken to correct the default, that there are meritorious defenses to plaintiff's claims and that there will be no prejudice to the plaintiff if the default is set aside - - I believe the failure to set aside the default under these circumstances would result in a harsh, unfair and unjust result.

7. The information set forth in this affidavit is based on my own personal knowledge or based on information and belief and I believe all the information set forth in this affidavit is true and correct.

I signed this affidavit on February 3, 2005 in New Haven, CT.

/s/_____
Rodger W. Lehr, Jr.

SUBSCRIBED AND SWORN TO BEFORE ME ON February 3, 2005 in New Haven, CT.

_____

_____
Notary Public in and for the State of CT
My Commission expires

_____