DISTRICT OF CONNECTICUT

**FILED**

2005 APR 14 P 3:43

U.S. DISTRICT COURT

| | |
|---|---|
| GEORGE MARTIN VLAHOS, JR.<br>Plaintiff | :<br>: NO. 3:02CV01557 (CFD) |
| VS. | |
| CITY OF NEW HAVEN, ET AL.<br>Defendants | :<br>April 8, 2005 |

## MOTION TO REQUEST POSTPONMENT OF DEPISTION

ON MARCH 4 2005 THE PLIANTIFF GEORGE VLAHOS HAD GONE INTO A TREATMENT CENTER. THE PLIANFIFF WAS UNDER THE IMPRESSTION THAT THE PROGRAM WOULD COOPERATE WITH HIM AND ALLOW HIM SOME TIME TO PURSE THIS LAW SUIT AT THE LOCAL LIBIARY UPON SPEAKING TO PRIMARY COUNSLER. THE PLIANTIFF WAS INFORMED IWOULD NOT BE GRANTED PASSES TO DO RESEARCH IN THIS .

THE PLIANTIFF REQW
UESTS FROM THIS COURT THAT THE DEPISTION OF THE PLIANTIFF BE POSTPONE TILL HE REACHES A SECOND PHASE OF HIS TREATMENT THE DEPISTION WAS SCHULDE FOR APRIL 15,2005 THE PLIANTIFF IS ASKING THIS COURT TO GIVE HOM A POSTPONMENT UNTILL APRIL 29,2005 AT THIS TIME THE PLIANTIFF WILL BE REIVEING WEEKLY PASSES .

THE PLIANTIFF ASK THIS COURT WHEN MAKING IT S DESICISION ON THIS MATTER TO TAKE INTO CONDERSTION THAT THE

DEFENDENTS HAVE HAD OVER TWO YEARS TO RESPOND TO THIS LAW BUT HAVE NOT.

I ASK THIS COURT FOR CONSDIERTION IN THIS MATTER BECAUSE I AM PURUISING THIS MATTER PRO SE.

PLEASE REFER TO ATTACHED DOCOUMENTS AND LETTER FROM RENISANNACE WEST

The Pliantiff
*[signature]*
pro se
George MANOS
466 west MAIN St
WAterbury, Ct, 06702

CERTIFICATION

THIS IS TO CERTIFY THAT THE FOREGOING WAS MAILED POSTAGE PREPAID THROUGH THE UNITED STATES POSTAL SERVICE ON 4-8-05 TO THE COUNSEL, COURT, ~~AND DEFENDANTS OF RECORD~~.

RODGER LEHR JR
DEPUTY CORPORATION COUNSEL
CITY OF NEW HAVEN
165 CHURCH STREET
NEW HAVEN, CT 06516

~~STEVE TEAGUE~~
~~EDWARD DIAZ~~
~~[redacted]~~
~~NEW HAVEN POLICE OFFICERS~~
~~UNION AVENUE~~
~~NEW HAVEN, CT 06510~~

U.S. District Court
Clerks office
915 Lafayette Blvd
Bridgeport, Ct. 06604

George V. 4/14/05