UNTIED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 APR 14 P 3:43
U.S. DISTRICT COURT
BRIDGEPORT, CONN

GEORGE MARTIN VLAHOS, JR.
PLIANTIFF

NO. 3;02CV01557 (CFD)

VS.

CITY OF NEW HAVEN, ET AL.

APRIL 8, 2005

NOTICE OF MOTION
TO ORDER DEFENDTANTS TO ANWSER
WRITTEN DEPISTION QUESTION

ON THE DATE MY LAWSUIT WAS FILED AN ADDITIONAL MOTION OF QUESTIONS WERE ALSO FILED WITH LAWSUIT IT HAS BEEN OVER TWO YEARS THE DEFENDANTS HAVE NOT RESPONDED TO THESE DEPOSITION QUESTIONS

ACORRDING TO RULE NUMBER 26,30,31 OF THE FEDRAL RULES OF PROCEDURE THE DEFENDANTS HAVE BENN GIVEN ENOUGH TIME TO RESPOND TO THESE QUESTIONS AND HAVE CHOOSEN NOT TO

I ASK THIS COURT TO ORDER THE DEFENDANTS TO RESPOND TO MY MOTION OF WRITTEN DEPOISTOIN QUESTIONS

THE PLIANTIFF

BY *[signature]*

GEORGE VLAHOS
PRO SE
466 WEST MAIN STREET
WATERBURY, CT 06702

## CERTIFICATION

THIS IS TO CERTIFY THAT THE FOREGOING WAS MAILED POSTAGE PREPAID THOURGH THE UNTIED STATES POSTAL SERVICE ON 4-8-05 TO THE COUNSEL COURT, ~~AND DEFDANTS OF RECORD~~

RODGER LEHR JR
DEPUTY CORPORATION COUNSEL
CITY OF NEW HAVEN
165 CHURCH STREET
NEW HAVEN CT 06516

~~STEVE TEAGUE~~
~~EDWARDO DIAZ~~
~~ROSE TURNEY~~
~~NEW HAVEN POLICE SERVICES~~
~~1 UNION AVE~~
~~NEW HAVEN CT 06510~~

US District court
915 Lafayette Blvd
Bridgeport, Ct, 06604

GEORGE VLAHOS