UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GEORGE MARTIN VLAHOS, JR.** | : | |
| Plaintiff | : | NO. 3:02CV01557 (CFD) |
| | | |
| VS. | : | |
| | | |
| **CITY OF NEW HAVEN, ET AL.** | : | MAY 3, 2005 |
| Defendants | | |

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to F.R.Civ.P. 41(a)(1)(ii), all the parties hereby stipulate to the voluntary dismissal of this action with prejudice and without costs to any party.

/s/_____
Plaintiff, Pro Se
George M. Vlahos, Jr.
466 West Main Street
Connecticut Renaissance West
Waterbury, CT 06702

/s/_____
Defendants
Rodger W. Lehr, Jr.
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
Phone: (203) 946-7964
Fax: (203) 946-7942
Fed. Bar No. ct007208